THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS N. APONTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>　　　　　　　　Defendant. | CASE NO. C11-5671-JCC<br><br>ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 24), recommending the Court grant Plaintiff Luis N. Aponte's motion for attorneys' fees and expenses under the Equal Access to Justice Act ("EAJA") (Dkt. No. 20). The Commissioner has not filed objections to the Report and Recommendation. After careful consideration of Aponte's motion, the parties' briefs, the Report and Recommendation, and the balance of the record, the Court hereby ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Aponte's motion for EAJA attorneys' fees and expenses (Dkt. 20) is GRANTED as follows:

```
Initial request for fees:          $6,279.76
Supplemental request for fees:     $  275.86
Total fees:                        $6,555.62
Expenses:                          $   23.47
```

ORDER AWARDING ATTORNEYS' FEES AND
EXPENSES
PAGE - 1

TOTAL FEES AND EXPENSES:    $6,579.09

(3) The Clerk is directed to send copies of this order to the parties and to Judge Brian A. Tsuchida.

DATED this 14th day of December 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE