THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| LUIS N. APONTE, | CASE NO. C11-5671-JCC |
|---|---|
| Plaintiff, | ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

15

16

    This matter comes before the Court on the Report and Recommendation of the Honorable

17

Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 24), recommending the Court grant

18

Plaintiff Luis N. Aponte's motion for attorneys' fees and expenses under the Equal Access to

19

Justice Act ("EAJA") (Dkt. No. 20). The Commissioner has not filed objections to the Report

20

and Recommendation. After careful consideration of Aponte's motion, the parties' briefs, the

21

Report and Recommendation, and the balance of the record, the Court hereby ORDERS:

22

    (1) The Court ADOPTS the Report and Recommendation.

23

    (2) Aponte's motion for EAJA attorneys' fees and expenses (Dkt. 20) is GRANTED as

24

follows:

25

| | |
|---|---|
| Initial request for fees: | $6,279.76 |
| Supplemental request for fees: | $  275.86 |
| Total fees: | $6,555.62 |
| Expenses: | $   23.47 |

26

1

2

TOTAL FEES AND EXPENSES:     $6,579.09

(3) The Clerk is directed to send copies of this order to the parties and to Judge Brian A.

Tsuchida.

3

DATED this 14th day of December 2012.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER AWARDING ATTORNEYS' FEES AND
EXPENSES
PAGE - 2